UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEPHANIE STAFFORD,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

JUDGMENT
06-CV-3522 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ AUG 3 1 2007 ★
P.M. _____
TIME A.M. _____

An Order of Honorable John Gleeson, United States District Judge, having been filed on February 23, 2007, remanding the case to the Commissioner of Social Security; and ordering that in the event that a remand does not yield the relief that plaintiff seeks, she may reinstate her complaint in this Court; it is

ORDERED and ADJUDGED that the case is remanded to the Commissioner of Social Security; and that in the event that a remand does not yield the relief that plaintiff seeks, she may reinstate her complaint in this Court.

Dated: Brooklyn, New York
       August 30, 2007

                              Robert C. Heinemann
                              Clerk of Court

                    By:   s/Terry Vaughn
                              Terry Vaughn
                              Chief Deputy of
                              Court Operations